**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RODNEY D. SPEIGHT          :
                                  :     No. 22-cv-5004-JMY
      vs.                     :
                                  :
IOTA COMMUNICATIONS, INC.  :

## <u>ORDER</u>

      **AND NOW**, this 18th day of February, 2025, upon consideration of the uncontested

*Motion for Default Judgment and/or in the Alternative, Summary Judgment* (ECF No. 46) filed

by the Plaintiff, Rodney M. Speight, it is hereby **ORDERED** that said Motion shall be

**GRANTED**.

      Judgment is entered in favor of the Plaintiff, Rodney D. Speight, and against Defendant,

Iota Communications, Inc., in the amount of $300,000.

      The Clerk of Court is **DIRECTED** to mark this case closed.

      **IT IS SO ORDERED.**


                                     **BY THE COURT**:

                                    <u>   /s/ John Milton Younge</u>
                                    Judge John Milton Younge